THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK COHEN, Appellant, et al., Defendants.

Argued June 3, 1954; decided July 14, 1954.

*Louis A. Breslerman* for appellant.

*Edward S. Silver, District Attorney (Aaron Nussbaum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.